UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.A.D.,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHELLE KING, et al.,<br><br>          Defendants. | Case No.  25-cv-01176-AGT<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES**<br><br>Re: Dkt. No. 17 |

Counsel for plaintiff P.A.D. (Plaintiff) filed a Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b).[1] Dkt. 17. Plaintiff did not object and the deadline for objections has now passed. *See id.* Defendant filed a response, noting that Defendant found no basis to object. Dkt. 18.

Plaintiff's counsel's requested fee of $17,000.00 is permissible under § 406(b). First, requested fee does not exceed 25% of the total of past-due benefits owed. Next, counsel represents working 33.8 hours before this Court, for an effective hourly rate of $502.95. That rate is reasonable given the nature of the representation and the results achieved. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002) (requiring an "attorney for [a] successful claimant [to] show that the fee sought is reasonable"). This rate is also comparable to rates awarded recently by other courts in this District. *See, e.g.*, *L.E. v. Kijakazi,* No. 22-CV-

---

[1] In support of the motion, counsel filed a copy of the contingency fee agreement, dkt. 17-3, and relevant time sheets, dkt. 17-4.

03315-ASK, 2026 WL 1951627, at *2 (N.D. Cal. July 6, 2026) (finding an hourly rate of $744.26 reasonable); *T.L. v. Kijakazi*, No. 22-CV-03046-JCS, 2026 WL 1847867, at *2 (N.D. Cal. June 26, 2026) (finding same for hourly rate of $514.43).

Accordingly, the motion is granted. Plaintiff's counsel, Francesco Benavides, is authorized to receive payment of $17,000.00 in attorney fees. From this award, Plaintiff's counsel will refund to Plaintiff $8,450.00 (the amount counsel received under the Equal Access to Justice Act, *see* dkt. 16).

**IT IS SO ORDERED.**

Dated: July 9, 2026

Alex G. Tse
United States Magistrate Judge

2